IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CATHRYN L. JAEGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-cv-0814-MJR |
| | ) |
| EVENT RESOURCES PRESENTS, INC., | ) |
| | ) |
| Defendant. | ) |

### MEMORANDUM AND ORDER

REAGAN, District Judge:

Randomly assigned to the Honorable David R. Herndon, the above-captioned case was transferred to the undersigned District Judge three weeks ago as *related* to an earlier-filed suit, Case No. 05-cv-0479 (*Jaeger v. Clear Wing Productions, Inc.*). Pending at the time of transfer was Event Resources Presents ("ERP")'s motion to consolidate the two cases (Doc. 10).

On February 15, 2006, the undersigned Judge set a February 28, 2006 deadline for any memoranda opposing consolidation. No such memoranda were filed, and the Court finds that consolidation is appropriate. These two actions clearly involve common questions of law *and* fact. *See* **Fed. R. Civ. P. 42(a).**

Accordingly, the Court **GRANTS** ERP's February 8, 2006 motion (Doc. 10) and **ORDERS** these two cases consolidated. **ALL FURTHER PLEADINGS MUST BE FILED IN CASE NO. 05-cv-0479-MJR.**

For clarity of the pleadings, the Court **GRANTS LEAVE** for Plaintiff Jaeger to file a First Amended Complaint *in Case No. 05-cv-0479* which lists both Defendants. The amended complaint should be filed by <u>March 20, 2006</u>.

IT IS SO ORDERED.

DATED this 1st day of March, 2006.

<u>s/ Michael J. Reagan</u>
MICHAEL J. REAGAN
United States District Judge